# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARK WILLNERD, an individual,<br><br>       Plaintiff,<br><br>v.<br><br>SYBASE, INC., a Delaware corporation,<br><br>       Defendant. | Case No. 1:09-cv-00500-BLW<br><br>**ORDER** |
| SYBASE, INC., a Delaware corporation<br><br>       Counterclaimant,<br>v.<br><br>MARK WILLNERD, an individual<br><br>       Counterdefendant. | |

Before the Court is an Objection (Dkt. 138) to Sybase's request for pre-judgment interest, and response and reply thereto. The Court having considered the parties' pleadings and being fully advised, enters the following **ORDER:**

c

There being no dispute as to the base amount, Sybase will be granted judgment on its counterclaim against Willnerd for Breach of Contract in the amount of $48,950. Although Willnerd challenges an award of pre-judgment interest, the Court finds it appropriate under Idaho Code § 28-22-104(1). *See Bott v. Idaho State Bldg. Authority*, 917 P.2d 737, 748-49 (Idaho 1996). Sybase will therefore be granted pre-judgment interest at a rate of 12% from July 17, 2008 – Willnerd's termination date – through the date of judgment. A separate judgment will issue.

DATED: July 29, 2011

B. LYNN WINMILL
Chief U.S. District Court Judge